# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 166

Nichole Bechtle, n.k.a. Nichole Hammeren,                    Plaintiff and Appellee

v.

Joshua R. Bechtle,                                          Defendant and Appellant

and

State of North Dakota,                              Statutory Real Party in Interest

## No. 20230054

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Erica J. Shively, Bismarck, ND, for plaintiff and appellee; submitted on brief.

William Woodworth, Bismarck, ND, for defendant and appellant; submitted on brief.

## Bechtle v. Bechtle
## No. 20230054

**Per Curiam.**

[¶1]   Joshua Bechtle appeals from a district court's order denying his motion to modify parenting time. Joshua Bechtle argues the court erred by finding no material change in circumstances after he completed sex offender treatment and probation. Joshua Bechtle also argues the court erred in its review of the best interest factors.

[¶2]   The district court found no material change in circumstances existed because it was known at the time of the initial parenting time order that Joshua Bechtle's parole would end, he would complete sex offender treatment and remained a registered sex offender until 2031. Because this issue is dispositive, we decline to address other issues raised on appeal. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr